UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:26-cv-02009-JVS-MBK | Date | October 5, 2026 |
| Title | Jazmine Ibarra v. County of Orange et al | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| | |
|---|---|
| Elsa Vargas | Not Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **[IN CHAMBERS] Order to Show Cause Regarding Failure to File First Amended Complaint**

The County of Orange ("the County") filed a Motion to Dismiss Jazmine Ibarra's ("Ibarra") complaint. (Mot. to Dismiss, Dkt. No. 12.) Ibarra did not reply to the County's Motion. (See Reply, Dkt. No. 14, at 2 (identifying Ibarra's failure to comply with Local Rule 7-9, which requires opposition papers to be filed at least 21 days before the hearing date).) The Court granted Ibarra's and the County's joint stipulation for Leave to File a First Amended Complaint on August 26, 2026. (Dkt. No. 16.) On September 17, the Court ordered Ibarra to file the First Amended Complaint no later than September 24, 2026. (Dkt. No. 17.) The Court orders Ibarra to show cause in writing within seven days why the Court should not dismiss this case for failure to prosecute.

**IT IS SO ORDERED.**